IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 18-5011-01-CR-SW-RK |
| ) | |
| JEFFERY EDWARD HICKS, ) | |
| ) | |
| Defendant. ) | |

**SENTENCING MEMORANDUM**

Comes now, Defendant, Jeffery E. Hicks, through undersigned counsel, and submits this Sentencing Memorandum, and requests that the Court render a sentence of probation in the above-styled case.

The government has filed their sentencing memorandum (Docket Entry 20), outlining the reasons a sentence of probation would be appropriate. The Defendant agrees with the assessment of the government, and joins the government in their request for a sentence of probation for all the reasons they set forth.

1

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

August 1, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**
